# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROL RICHARDS an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:26-CV-1427-JLS<br><br>Hon. Josephine L. Staton<br>Magistrate Judge Maria Audero<br><br>**ORDER RE JOINT REQUEST FOR DISMISSAL OF THE ENTIRE ACTION**<br><br>[*Filed concurrently Joint Request for Dismissal of the Entire Action*]<br><br>*Complaint Filed: December 15, 2025*<br>*Trial Date: None Set* |

GOOD CAUSE APPEARING, and having reviewed the Joint Request for Dismissal of the Entire Action ("Request for Dismissal") submitted jointly by Plaintiff CAROL RICHARDS ("Plaintiff") and Defendant TARGET CORPORATION ("Defendant") (collectively, the "Parties"), through their counsel of record, the Court hereby GRANTS the Parties' Request for Dismissal and orders as follows:

1

**ORDER RE JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION**

# ORDER

1. This entire action is dismissed, with prejudice; and

2. All hearings, dates, and/or deadlines in this matter, including, but not limited to, the Hearing on the OSC Re Dismissal, are vacated.

**IT IS SO ORDERED.**

DATED:  06/30/2026
_____

Josephine L. Staton
_____
Hon. Josephine L. Staton
United States District Judge

**ORDER RE JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION**